Filed Oct. 10, 1888.

No. 14,193.

COMMONS *v.* COMMONS.

From the Rush Circuit Court.

*J. B. Julian* and *J. F. Julian,* for appellant.

*W. A. Cullen* and *C. E. Averill,* for appellee.

ZOLLARS, J.—This case is the same as the case of *Commons* v. *Commons, ante,* p. 162, except that the appeal in that case was by the defendant below, and the appeal here is by the plaintiff below. As the judgment in that case has been reversed, there must be a reversal here also, in order that the case may be tried upon a correct theory.

Judgment reversed, at appellant's costs, with instructions to the court below to grant a new trial, to grant leave to appellant to amend her complaint, and to proceed in accordance with this opinion.

Filed April 25, 1888.

No. 9894.

BLACKMER, TREASURER, *v.* THE HOME INSURANCE COMPANY OF NEW YORK ET AL.

From the Tippecanoe Circuit Court.

*J. R. Carnahan* and *D. P. Baldwin,* for appellant.

*J. E. McDonald, J. M. Butler, F. M. Finch* and *J. A. Finch,* for appellees.

HOWK, J.—By the record of this cause and the error assigned thereon, substantially the same questions are presented for decision as those which were considered and decided by this court in the recent cases of *State, ex rel.,* v. *Insurance Co., etc., ante,* p. 257, and *Blackmer* v. *Royal Ins. Co., etc., ante,* p. 291. Upon the authority of the cases cited, the judgment is affirmed, with costs.

Filed June 22, 1888.